UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

        PLAINTIFFS,

                                                        CRIMINAL ACTION NO. 02-80948

V.

                                                        HONORABLE ARTHUR J. TARNOW

WALTER JOHN BATES,                    UNITED STATES DISTRICT JUDGE

        DEFENDANT.
_____/

## ORDER DENYING DEFENDANT WALTER BATES' MOTION FOR BOND PENDING APPEAL [D/E # 257]

      Having considered Walter Bates' Motion for Bond Pending Appeal and the parties' briefs in support and opposition,

      **IT IS HEREBY ORDERED** that Defendant Walter Bates' Motion for Bond Pending Appeal is **DENIED**.  The Court does not find that Defendant has demonstrated that his appeal will raise a substantial question of law or fact likely to result in reversal or an order for new trial pursuant to 18 U.S.C. § 3143(b).  Defendant has raised this issue previously, and this Court has determined the issue to be meritless.

      **IT IS SO ORDERED**.

                                          s/Arthur J. Tarnow
                                          Arthur J. Tarnow
                                          United States District Judge

Dated:  January 17, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 17, 2007, by electronic and/or ordinary mail.

                                          s/Theresa E. Taylor
                                          Case Manager