UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                      Case No. 02-80948

v.

                                      HONORABLE ARTHUR J. TARNOW

WALTER JOHN BATES,

        Defendants.
_____/

## ORDER GRANTING EXTENSION OF TIME

The Court having received Defendant's letter request for extension of time to reply to the Government's Response to the Motion for Post-Conviction Relief and the Court being fully advised in the premises,

It is hereby ORDERED that Defendant's request for extension of time is GRANTED. Defendant shall have until July 29, 2009 to file his reply as well as filing a response to the Government's Motion to Provide Defendant with his Rights Under *Castro v United States*.

                                          S/Arthur J. Tarnow
                                          Arthur J. Tarnow
                                          United States District Judge

Dated: July 15, 2009

I hereby certify that a copy of the foregoing document was served upon parties/counsel of record on July 15, 2009, by electronic and/or ordinary mail.

                                           S/Catherine A. Pickles
                                          Judicial Secretary