06-2458
2460

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

October 5, 2009

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

FILED

OCT 1 5 2009

LEONARD GREEN, Clerk

Re: Walter John Bates
v. United States
No. 08-10951
(Your No. 06-2460, 06-2458)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk